## STATEMENT OF FACTS

Your affiant, Andrew M. Huckstadt, is a Special Agent assigned to the Champaign, Illinois Resident Agency of the Springfield, Illinois FBI Field Office. I am currently tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*WANGLER is Identified in Video Footage*

Following this incident, law enforcement agencies received numerous tips from the public. One such tip identified Douglas WANGLER as a participant in the events inside the U.S. Capitol building on January 6, 2021.  In connection with my investigation of the tip, I obtained an 11-second video that had been sent via Facebook Messenger on January 6, 2021.  In the video, I observed a white male with long dark hair holding a backpack in his left hand and wearing blue jeans, dark gloves, a dark coat or jacket, and a dark beanie-style hat with a short bill.  This individual is standing between two white marble sculptures and pumping his right-hand fist in the air while chanting "U.S.A." repeatedly.  Multiple other unknown individuals are also visible at various points in the video, including several uniformed police officers.

Below is a still image from the video of the individual, later identified as WANGLER:



A search of Illinois government records returned a photograph of WANGLER that appears consistent with the physical appearance of the individual in the image above. Additionally, a review of WANGLER's Facebook page (Display Name: "Doug Wangler" / Numeric ID: 1152507585) revealed multiple photographs consistent with the physical appearance of the individual in the image above, as well as with the photograph of WANGLER returned in the government records search. Illinois government records listed a residential address for WANGLER in Oakwood, Illinois.

*WANGLER is Identified in CCTV Footage, Along with a Male Later Identified as HARRISON*

On January 29, 2021, I provided the full video and still image to the U.S. Capitol Police, who advised that the video appears to have been recorded in the Crypt of the U.S. Capitol building. According to the Architect of the Capitol website,[1] the U.S. Capitol Crypt is a large circular room

---

[1] *See* https://www.aoc.gov/explore-capitol-campus/buildings-grounds/capitol-building/crypt

filled with 40 Doric columns directly beneath the U.S. Capitol rotunda.  The Crypt houses 13 statues from the National Statuary Hall collection, representing the 13 original colonies, and the Magna Carta replica and display.  I conducted further research on the Architect of the Capitol website and determined that the individual in the still image above, identified as WANGLER, is standing between a white marble sculpture of John Stark and a white marble bust of Abraham Lincoln in the Crypt of the U.S. Capitol building.

I reviewed Capitol surveillance video footage of the Crypt and other areas of the U.S. Capitol building from January 6, 2021.  During my review, I located two videos from a camera in the Crypt which showed the individual later identified as WANGLER in the Crypt of the U.S. Capitol building.  In the videos, WANGLER is wearing what appears to be the same clothing items and is holding what appears to be the same backpack depicted in the image above.  One of the videos shows WANGLER standing between a white marble sculpture of John Stark and a white marble bust of Abraham Lincoln while performing the same actions as the individual in the 11-second Facebook Messenger video, and depicted in the image above.  The other video shows WANGLER walking through the Crypt with a white male, later identified as Bruce HARRISON, who is wearing a white baseball-style hat and distinctive jacket with red and white stripes on the sleeves.

During my review, I located two other videos from a camera in the Senate Wing of the U.S. Capitol building showing WANGLER and HARRISON entering and exiting the U.S. Capitol building.  In the videos, both WANGLER and HARRISON are wearing the same clothing items described above and are carrying backpacks.  One of the videos shows WANGLER entering the U.S. Capitol building from a door with an exit sign above it followed shortly thereafter by HARRISON.  Upon entering, HARRISON pulls out what appears to be a large cellular telephone or tablet device and meets up with WANGLER in the lobby just inside the doorway.  HARRISON then appears to record a video with his phone or tablet device for a few seconds and moves away from the lobby area with WANGLER via a hallway into another area of the U.S. Capitol building, out of the camera's view. The other video shows WANGLER and HARRISON walking toward the lobby area via a hallway and then exiting the U.S. Capitol building through a door in the Senate Wing.  None of the videos I reviewed depict WANGLER or HARRISON damaging property or participating in other violent acts.

Below is a still image from the video footage showing HARRISON standing next to WANGLER (whose back is facing the camera) and holding what appears to be a large cellular telephone or tablet device in his right hand:



*Other Corroboration of the Identification of WANGLER and HARRISON*

As part of my investigation, I reviewed records from the telephone service provider AT&T. The records revealed that the device assigned WANGLER's known cell phone number, ending in 2486, utilized a cell site consistent with providing service to the geographic area that includes the interior of the U.S. Capitol building in and around the time of the violence and unrest on January 6, 2021. The records further revealed that the device assigned a number ending in 2486 was a Samsung Galaxy S9 cellular telephone, and that two calls were placed by this device – one at approximately 3:03 p.m. and one at approximately 3:09 p.m. – on January 6, 2021 to telephone numbers with area codes consistent with central Illinois.

I also spoke with Witness-1, who has known WANGLER and HARRISON for several years. According to Witness-1, WANGLER told Witness-1 that he walked around for a little while inside the U.S. Capitol building to take a "tour" of some of the sights and then left. Witness-1 further explained that WANGLER stated something to the effect of, "If walking around and singing some patriotic songs is a crime then I guess I am guilty." HARRISON also told Witness-1 that he was concerned the FBI was looking for him as well.

*Interview of WANGLER and HARRISON*

On April 15, 2021, another FBI agent and I interviewed WANGLER and HARRISON at their attorney's office in Urbana, Illinois. We interviewed WANGLER and HARRISON separately, and their attorney was present for each interview.  No promises were made to either WANGLER or HARRISON for their cooperation, and both were advised of the nature of the FBI's inquiry prior to any questioning. WANGLER and HARRISON provided the following information, in part and in summary.

Both WANGLER and HARRISON stated that they planned the trip to attend the Trump rally in Washington, D.C. on January 6, 2021, at the last minute, about a day or two before that rally started, and that they traveled to Washington, D.C. together in HARRISON's vehicle.  Both WANGLER and HARRISON also stated that they attended the Trump rally together on the morning of January 6, 2021, and that the rally started around 10 a.m.  According to HARRISON, Trump did not actually start speaking until about noon.

WANGLER stated that at some point during his speech, Trump said something to the effect of, "We're going to peacefully walk to the Capitol building." WANGLER advised that while Trump was still speaking, he heard a loud commotion – which sounded to him like fireworks going off – from the direction of the U.S. Capitol building. WANGLER recalled seeing a large group of people start running toward the U.S. Capitol building at the time of the loud commotion.

Both WANGLER and HARRISON stated that they walked over to the U.S. Capitol building with a large group of people after Trump's speech at the rally was over. HARRISON advised that while he did not recall hearing any loud noises during the rally, he heard several loud bangs that sounded to him like a "civil war re-enactment" as they approached the U.S. Capitol building.

Both WANGLER and HARRISON recalled seeing a violent crowd when they arrived at the U.S. Capitol building.  HARRISON stated that, as they approached the side of the U.S. Capitol building closest to the Capitol Reflecting Pool, he saw a large crowd of people trying to get to the scaffolding and pushing against bicycle barricades that had been set up.  He also observed some people in the crowd throwing objects at the police and spraying the police with what he assumed to be mace. HARRISON stated that he saw one person spray the police with a red mist, which might have been bear spray, from several feet away.

WANGLER stated that, as they approached the U.S. Capitol building, he saw people climbing up the scaffolding and waving flags. WANGLER advised that there was a large crowd in this area, and people were chanting "U.S.A." and singing patriotic songs.  WANGLER described the crowd by the scaffolding as a "big crazy mob" because they were throwing objects at police officers and spraying the police with what he assumed to be mace.  In addition, WANGLER recalled seeing some fencing that had been torn down and bicycle barricades that had been set up to keep people away from the building.  WANGLER stated that people in the crowd kept trying to break through the barricades and the police kept trying to stop them.  Both WANGLER and HARRISON stated that one of the police officers was spraying people with what looked like a giant "super soaker" to control the violent crowd.

Both WANGLER and HARRISON stated they watched the crowd by the scaffolding for a short time, then decided to go around to the other side of the U.S. Capitol building to get away from the violent activities.  WANGLER advised that as they were walking around to the other side, he saw a man pounding on one of the building's windows and he told the man to "knock that shit off."  WANGLER further advised that the atmosphere on the other side of the building was peaceful and no one was doing anything violent.

Both WANGLER and HARRISON stated that they eventually saw some wide-open doors leading into the U.S. Capitol building. WANGLER advised that people were freely going in, including what appeared to be family groups.  HARRISON stated that, as they were approaching the open doors to enter the building, he could see that windows had been broken on both sides of the doors and that glass had been scattered on the ground.  Both WANGLER and HARRISON recalled seeing a white dust or powder on the floor as they entered the building, which they assumed to be mace that had been deployed at some point.  WANGLER further recalled seeing a pile of wood on the floor, which appeared to him to be broken furniture pieces, at some point after they entered the building.

HARRISON stated that once inside, he and WANGLER walked down a hallway to the Crypt area of the U.S. Capitol building.  HARRISON advised that he heard an alarm going off while in the hallway on the way to the Crypt.  Both WANGLER and HARRISON recalled seeing multiple police officers inside the U.S. Capitol building.  HARRISON stated that several officers were standing along the wall in the Crypt.  HARRISON advised that WANGLER spoke to one of the officers, but he could not hear the content of their conversation. WANGLER stated that he asked the officer if they were going to get in trouble for being inside the building. According to WANGLER, the officer shrugged and said something to the effect of, "It doesn't matter now." HARRISON stated that he asked another officer where the nearest restrooms were located, and the officer pointed in a certain direction.  HARRISON advised that he and WANGLER attempted to find the restrooms, but they were not able to reach them because that area of the building had been blocked off.

Both WANGLER and HARRISON confirmed that HARRISON used a tablet device to record a short video of WANGLER in the Crypt.  During their respective interviews, I showed WANGLER and HARRISON the two still images above. Both WANGLER and HARRISON identified WANGLER as the individual depicted in the still image from the 11-second video I received at the beginning of the investigation, and confirmed that this image came from the video HARRISON recorded with his tablet device in the Crypt. In addition, both WANGLER and HARRISON identified HARRISON as the individual depicted in the still image from video footage of a camera in the Senate Wing of the U.S. Capitol building wearing a white baseball-style hat and distinctive jacket with red and white stripes on the sleeves.  HARRISON stated that he was holding a tablet device in this image and wearing a New England Patriots jacket, which he intentionally chose for the rally because of its patriotic colors.

HARRISON stated that he sent the video he recorded of WANGLER in the Crypt to his wife via Facebook Messenger, as well as to some other friends who were online at the time.

7

WANGLER confirmed that he brought his Samsung Galaxy S9 cell phone, telephone number ending in 2486, with him on the trip to Washington, D.C., and made two phone calls shortly after 3 p.m. on January 6, 2021. WANGLER stated that he could not recall the content of his conversations.

Both WANGLER and HARRISON stated that they were inside the U.S. Capitol building for 10 to 15 minutes, and that they left from the same location they entered. HARRISON advised they felt it was time to leave because they "got caught up in the moment" and realized they should probably not be inside. Both WANGLER and HARRISON stated that after they departed the U.S. Capitol building, they took a taxicab back to their hotel. They then drove back to Illinois the next day, January 7, 2021.

At the conclusion of his interview, WANGLER voluntarily searched his cell phone in the Agents' presence for any photographs or videos of interest. WANGLER subsequently located items of interest in his text messages, which appeared to originate from HARRISON. Of note, WANGLER located the video that HARRISON recorded in the Crypt on January 6, 2021, using the tablet device. I watched the video in its entirety and confirmed it was the same Facebook Messenger video that I had received at the beginning of my investigation. WANGLER also located a photograph of he and HARRISON posing next to a marble bust of George Washington inside the U.S. Capitol building.

The physical appearances of WANGLER and HARRISON during their interviews on April 15, 2021, were consistent with the appearances of the individuals identified as WANGLER and HARRISON in the two still images contained in this Affidavit, as well as the individuals depicted in the video and photograph I reviewed on WANGLER's phone at the conclusion of his interview.

*Conclusion*

Based on the foregoing, your Affiant submits that there is probable cause to believe that WANGLER and HARRISON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Your Affiant further submits there is probable cause to believe that WANGLER and HARRISON violated 40 U.S.C. § 5104 (e)(2)(D), which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, and 40 U.S.C. § 5104 (e)(2)(G), which makes it a crime to parade, demonstrate, or picket in any of the Capitol buildings.

_____
Special Agent Andrew M. Huckstadt
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of May 2021.


_____
THE HON. ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE